Clerk's Office
U.S. District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Case: 1:18-mc-00069
Assigned To : Unassigned
Assign. Date : 5/23/2018
Description: Misc.

Re: <u>Application for DMCA Subpoena</u>

Dear Sir or Madam:

On behalf of SIIA's members, Becker Professional Education, Adobe Systems Incorporated and Cengage Learning (hereinafter, "Members"), I respectfully request that the Clerk issue a subpoena pursuant to 17 U.S.C. § 512(h).

As you may know, Section 512(h) of the Digital Millennium Copyright Act provides that a "copyright owner or a person authorized to act on the owner's behalf may request the clerk of any United States District Court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection." 17 U.S.C. § 512(h)(1). For a subpoena to be issued, Section 512(h) requires that a copyright owner file the following with the Clerk:

1) A copy of the notification required by Section 512(c)(3)(A);

2) A proposed subpoena; and

3) A sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting the rights under this title.

Accordingly, attached for filing with the Clerk are the notification pursuant to the Section 512(c)(3)(A), a proposed subpoena, and a sworn declaration. As my Members have complied with the request of the statute, they ask that the Clerk pursuant to Section 512(h)(4) expeditiously issue and sign the proposed subpoena and return it (c/o undersigned counsel) for service on the subpoena recipient.

Thank you for your cooperation and prompt response in this matter. If you have any questions, please use the contact information noted above.

Sincerely,

*RCBowers*

René C. Bowers
Associate General Counsel – Director of Intellectual Property Protection

May 3, 2018

By Federal Express

eBay, Inc.
173 West Election Road
Draper, UT 84020
copyright@ebay.com, verorequest@ebay.com

Re: DMCA Subpoena and Notice of Claimed Infringements

Dear Registered Agent:

The Software & Information Industry Association ("SIIA") is a U.S. trade association that represents the intellectual property interest of numerous companies in the software and digital content industries. This list includes but is not limited to Becker Professional Education and Adobe Systems Incorporated. SIIA is authorized to act on behalf of SIIA members whose copyright and other intellectual property rights it believes to be infringed as described herein.

We provide this notice pursuant to Section 512 of Title 17 of the U.S. Code (as enacted by the "Online Copyright Infringement Liability Limitation Act) to request that eBay, Inc. ("eBay") provide information sufficient to identify the sellers who have received a Notice of Claimed Infringement through eBay's VERO program.

Attached as Exhibit A are the Notices of Claimed Infringement provided by SIIA to eBay's VERO program, pursuant to 17 USC § 512, to make it aware of our good faith belief that the unlawful sale and distribution of software and/or digital content on its network or system was not authorized by the copyright owners, their agents, or the law.

This notification remains accurate, and under penalty of perjury, we are authorized to act on behalf of the owners of the exclusive rights that are being infringed. This letter is without prejudice to the rights and remedies of the SIIA members' and their affiliates, all of which are expressly reserved.

By providing this notice, SIIA is not waiving its rights to engage in other enforcement activities on behalf of its members, and reserves all rights to do so at any time. Thank you for your cooperation and prompt response in this matter.

Sincerely,

/s/

*RCBowers*

Rene Bowers
Software & Information Industry Association

# Exhibit A

| Seller | Listing ID | Member |
|---|---|---|
| 2014mariemiche | 253495892617 | Becker |
| 889sell | 263390164441 | Becker |
| adduran | 292517547515 | Becker |
| aknape1058 | 132588083839 | Becker |
| alcaptain1 | 292535599690 | Becker |
| aldoleal2013 | 173246687431 | Becker |
| alibrisbooks | 282877126778 | Becker |
| aliforus | 332621955340 | Becker |
| ally_37917 | 323161398004 | Becker |
| amyallie143 | 253537944064 | Becker |
| andrewd08 | 142742863520 | Becker |
| ankitdaman0 | 152960524159 | Becker |
| anthonalle-679 | 142759209214 | Becker |
| anwe_95 | 142745587504 | Becker |
| aquarian.fairy | 173215384245 | Becker |
| aria-wang | 162974807656 | Becker |
| ausreseller | 332539960102 | Becker |
| aviator1961 | 292514681632 | Becker |
| azelco | 263612350108 | Becker |
| babihutan123 | 173018154619 | Becker |
| bagel710 | 282862183717 | Becker |
| barlewa94-2 | 263419434217 | Becker |
| biddyfin | 302713018901 | Becker |
| binlove19 | 222776612089 | Becker |
| bmwkim91 | 222882806194 | Becker |
| carrirowlan0 | 232420167367 | Becker |
| catch2321 | 292515074128 | Becker |
| charlottewsy | 112940021226 | Becker |
| chavuramagick05 | 263629720062 | Becker |
| chriecker1 | 182876014440 | Becker |
| christmasshoppe | 222842563406 | Becker |
| cloud9mt | 292536354904 | Becker |
| colorfullistings | 272999772846 | Becker |
| cpapass | 112923944881 | Becker |
| ctu_us_gz1dro0g | 173283090684 | Becker |
| dancer3264 | 273143372871 | Becker |

| Username | Number | Name |
|---|---|---|
| dwy10 | 173250393683 | Becker |
| enjoythejourney828 | 282701108274 | Becker |
| enlighteningminds | 222703195710 | Becker |
| finders44 | 112925569064 | Becker |
| flyingf7 | 253583946038 | Becker |
| gfuller21 | 263583904276 | Becker |
| glenthebookseller | 253543778408 | Becker |
| good-luck-day | 222950072610 | Becker |
| hajiraisha_0 | 182748467660 | Becker |
| hamilus2015 | 123079696665 | Becker |
| hdestef | 173244359321 | Becker |
| healthproof | 222781406577 | Becker |
| ibrahimohame_9 | 292286191538 | Becker |
| jefffosterjr | 292519645819 | Becker |
| jess040613 | 123074857404 | Becker |
| jkv4hd | 222844704812 | Becker |
| justiforma0 | 112941877897 | Becker |
| kare327 | 173255404671 | Becker |
| kooper12 | 302602741573 | Becker |
| laced4thelove | 163020335981 | Becker |
| lafusa_0 | 132594733932 | Becker |
| lestebanm | 253379501692 | Becker |
| lharulaj22 | 123070469140 | Becker |
| libraryshoppe | 142749462551 | Becker |
| lwhizbiz | 123058013633 | Becker |
| magna454 | 292478591141 | Becker |
| matt244888 | 183125929727 | Becker |
| mcar4361 | 263619210404 | Becker |
| mccloskeys410 | 322910222075 | Becker |
| meowmen | 112552340665 | Becker |
| mikedonnellan44 | 173283399812 | Becker |
| missieee | 252660366263 | Becker |
| missy*holler | 253547005994 | Becker |
| misterno1000 | 182864577586 | Becker |
| mmonica4473 | 222873460309 | Becker |
| napoca851 | 123091406546 | Becker |
| ngythe1king | 273064509791 | Becker |
| niokla10 | 122683804980 | Becker |
| ohbitty248 | 222939426678 | Becker |
| overnighttechnologies | 273030173306 | Becker |

| | | |
|---|---|---|
| peru*trader | 123089237959 | Becker |
| ppoom-b2j1chsox | 182908085933 | Becker |
| princess989 | 112405308473 | Becker |
| prossylongino | 332388465054 | Becker |
| rather_be_at_the_lake | 162881852411 | Becker |
| rdsxalex978 | 272797274946 | Becker |
| rebbe8428_2 | 292432759045 | Becker |
| sara-yost | 202079283423 | Becker |
| sasqey | 142765139944 | Becker |
| sdginsbu | 263282342459 | Becker |
| serega_1 | 292511519397 | Becker |
| sjaved | 292490605148 | Becker |
| smi8272-kwqq50dt79 | 192512239314 | Becker |
| southernhockey101 | 263575028022 | Becker |
| swang-2011 | 253329805838 | Becker |
| terry56789 | 282866001266 | Becker |
| thanyasch | 323223893354 | Becker |
| thejonorion | 122919152316 | Becker |
| thexwanderlust | 263206238733 | Becker |
| thomascharities | 162918730117 | Becker |
| thrift.books | 142724625986 | Becker |
| tprated72 | 222857192574 | Becker |
| tuhtai | 263541759967 | Becker |
| ty4urbus | 302689242011 | Becker |
| udora123 | 323029349372 | Becker |
| us.c621 | 122913983931 | Becker |
| us_libo | 263588050696 | Becker |
| viviere | 332611325892 | Becker |
| wabdouh | 183162272857 | Becker |
| watrmarkbb | 263226070359 | Becker |
| wolfcreektel | 263614842700 | Becker |
| xuemeichen | 273171275083 | Becker |
| yt0427 | 323213594907 | Becker |
| zac-lars | 222909688053 | Becker |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: DMCA SUBPOENA )
TO: eBay, Inc. )

### DECLARATION OF RENE C. BOWERS

I, René C. Bowers, declare and testify as follows:

1. I am the Associate General Counsel and Director of Intellectual Property Protection at the Software & Information Industry Association ("SIIA") and am admitted to practice law in the District of Columbia, among other jurisdictions. The SIIA is a U.S. trade association that is authorized to represent the intellectual property interest of numerous member companies in the software and digital content industries, including but not limited to Becker Professional Education, Adobe Systems Incorporated and Cengage Learning.

2. On behalf of the member companies described above, I am seeking a subpoena pursuant to 17 U.S.C. §512(h) to identify the persons infringing SIIA's members' copyrighted works as identified on the attachment to this declaration.

3. The purpose for which the subpoena is sought is to obtain the identity of alleged infringers and the information obtained therefrom will only be used for the purpose of protecting rights under 17 U.S.C. §101, et seq.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 3, 2018.

*RCBowers*
Rene C. Bowers, DC Bar # 486254